# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137885

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 137885
                                        COA: 288207
                                        Macomb CC: 2007-001213-FH

JAMES LAWSON,
      Defendant-Appellant.

_____/

By order of April 28, 2009, the application for leave to appeal the November 26, 2008 order of the Court of Appeals was held in abeyance pending the decisions in *People v Idziak* (Docket No. 137301) and *People v Jackson* (Docket No. 135888). On order of the Court, the cases having been decided on July 31, 2009, 484 Mich 549 (2009), and July 10, 2009, 483 Mich 271 (2009), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal for the reasons set forth in her opinion in *People v Idziak*, 484 Mich 549 (2009).

CAVANAGH, J., would grant leave to appeal to reconsider *People v Idziak*, 484 Mich 549 (2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921